**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 10-2-DLB-4**

**UNITED STATES OF AMERICA**                                                                       **PLAINTIFF**

**VS.**                                         **ORDER**

**JOHN RAY WILLINGHAM**                                                      **DEFENDANT**

*********************

This matter is before the Court upon the October 26, 2011, Amended Report and Recommendation ("Amended R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months incarceration, with no supervised release to follow. (Doc. # 249). During Defendant's initial appearance conducted by Magistrate Judge Atkins on October 20, 2011, Defendant, through counsel, stated that he wished to waive a preliminary hearing and stipulate to the five (5) alleged violations of the terms of his supervised release as outlined in the Supervised Release Violation Report. (*Id.*).

Defendant having orally indicated his desire to waive his right to allocution (*Id.*), there being no objections filed to the Magistrate Judge's Amended R&R, and the time to do so having now expired, the Amended R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Amended Report and Recommendation (Doc. # 249) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release as outlined in Violations 1 through 5;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **6 months with no supervised release to follow**; and

5. A Judgment shall be entered concurrently herewith.

This 15th day of November, 2011.

Signed By:
*David L. Bunning*   *DB*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-2-4 Order adopting R&R re SR.wpd